UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

====================================

UNITED STATES OF AMERICA,


                    v.                                    ORDER
                                                       06-CR-054A

KELLY A. BOSSINGER,

                              Defendant.

====================================


On May 12, 2006, defendant Kelly A. Bossinger filed a motion seeking, *inter alia*, suppression of statements she made to law enforcement officers.  On June 7, 2006, the case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(A).  On February 6, 2007, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion to suppress be denied.

Defendant filed objections to the Report and Recommendation and the government filed a reply thereto.  Oral argument on the objections was held on May 24, 2007.

Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a de novo determination of those portions of the Report and Recommendation to which objections have been made.  Upon a de novo review of the Report and Recommendation, and after reviewing the submissions and hearing argument

from the parties, the Court adopts the proposed findings of the Report and

Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Scott's Report

and Recommendation, defendant's motion to suppress is denied.  Counsel for the

parties shall appear on June 21, 2007 at 9:00 a.m., for a meeting to set a trial

date.


SO ORDERED.

s/ *Richard J. Arcar*a
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  June 20, 2007

2